IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KONG PHENG VUE,

                                                                                    ORDER

                   Plaintiff,

                                                                 12-cv-441-bbc

     v.

STATE OF WISCONSIN,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on September 25, 2012, I denied plaintiff Kong Pheng Vue's request for leave to proceed in forma pauperis and dismissed his complaint without prejudice for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until October 25, 2012, in which to submit a proposed amended complaint addressing the deficiencies explained in the September 25 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case with prejudice. The deadline has now passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS ORDERED that this case is dismissed with prejudice. The clerk of court is directed to enter judgment and close the case.

       Entered this 7th day of November, 2012.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge

1